UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18-cv-80304-RLR

VICTORIA MURRAY,
    Plaintiff,
v.

IMPACT – A SPORTS MANAGEMENT
CORPORATION, SHANE RAY, AND
MITCHELL FRANKEL,
    Defendants.
_____/

SHANE RAY,
    Cross-Claim Plaintiff
v.

IMPACT – A SPORTS MANAGEMENT
CORPORATION AND MITCHELL FRANKEL
    Cross-Claim Defendants.
_____/

SHANE RAY,
    Third-Party Plaintiff,
v.

TONY FLEMING,
    Third-Party Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY**
**COMPLAINT WITHOUT PREJUDICE**

COMES NOW Third-Party Plaintiff, Shane Ray (hereinafter "Ray"), by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) and Rule 41(c) of the Federal Rules of Civil Procedure, hereby files his Notice of Voluntary Dismissal of Third-Party Complaint without Prejudice.

Dated: September 7, 2018                         Respectfully submitted,

                                                     **BLANK ROME LLP**

1

        201 E. Kennedy Blvd., Suite 520
        Tampa, FL 33602
        Telephone: 813-255-2323
        Facsimile: 813-435-2256

        */s/ Michelle M. Gervais*
        Michelle M. Gervais
        Florida Bar No. 173827
        MGervais@BlankRome.com
        JNeel@BlankRome.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on this 7th day of September, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System and a true and correct copy was served by the CM/ECF system on all counsel of record on the Service list below. I also certify that this document is being served this day on Third Party Defendant, Tony Fleming a/k/a Anthony Fleming, via U.S. Mail at 21218 Saint Andrews Blvd. #302, Boca Raton, Florida 33433.

        */s/ Michelle M. Gervais*
        MICHELLE M. GERVAIS
        Florida Bar No. 173827

**SERVICE LIST**

Neil Tygar, Esq.
ntygar@me.com
Neil Bryan Tygar, P.A.
5341 W. Atlantic Ave., #303
Delray Beach, FL 33484
Telephone: 561-455-0280 Ext. 11
Facsimile: 561-455-0281

G. Steven Fender, Esq.
steven.fender@fender-law.com
Law Offices of Steven Fender
PO Box 1545
Fort Lauderdale, FL 33302
Telephone: 407-810-2458

2