**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80304-RLR**

VICTORIA MURRAY,

    Plaintiff,

v.

IMPACT – A SPORTS MANAGEMENT
CORPORATION, SHANE RAY, AND
MITCHELL FRANKEL,

    Defendants.
_____/

SHANE RAY,

    Cross-Claim Plaintiff

v.

IMPACT – A SPORTS MANAGEMENT
CORPORATION AND MITCHELL FRANKEL

    Cross-Claim Defendants.
_____/

SHANE RAY,

    Third-Party Plaintiff,

v.

TONY FLEMING,
    Third-Party Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Stipulations of Dismissal at docket entries 64, 65, and 66. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 12th day of September, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record